ERIC J. RATINOFF, SBN 166204
eric@ericratinoff.com
MADISON M. SIMMONS, SBN 292185
msimmons@ericratinoff.com
**ERIC RATINOFF LAW CORP.**
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 970-9100
Facsimile: (916) 246-1696

RUSSELL G. PETTI, State Bar No. 137160
THE LAW OFFICES OF RUSSELL G. PETTI
466 Foothill Blvd., # 389
La Canada, California 91011
818 952-2168 Telephone
818 952-2186 Facsimile
Email: Rpetti@petti-legal.com

Attorneys for Plaintiff
JENNIFER KERR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER KERR,<br><br>    Plaintiff,<br><br>    v.<br><br>DELAWARE NORTH COMPANIES, INC.; DNC PARKS AND RESORTS AT YOSEMITE, INC.; DELAWARE NORTH COMPANIES PARKS AND RESORTS, INC.; KATHY STEVENSON, KARL VONDERLUFT, NICKIE RAY JENSON, JESSIE MERRILL, and DOES 1 through 75, inclusive,<br><br>    Defendants, | CASE NO. 1:16-CV-01797-LJO-SAB<br><br>**STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS; ORDER**<br><br>Complaint Filed May 20, 2016<br>FAC Filed: October 25, 2016<br>Removed on: November 28, 2016 |

Plaintiff Jennifer Kerr ("Ms. Kerr") and Defendants Delaware North Companies, Inc., DNC Parks and Resorts at Yosemite, Inc., and Delaware North Companies Parks and Resorts, Inc. ("Defendants"), by and through their respective counsel of record, hereby stipulate to the following:

1.  Defendants have filed a Motion to Dismiss, which is currently set to be heard on January 19, 2017;

2. Ms. Kerr disputes that Defendants' removal of this action to federal court was proper, and intends to file a Motion to Remand on or before December 28, 2016. She intends to set her Motion for hearing on Monday, January 30, 2017, presuming that hearing date is available and acceptable to the Court;

3. The parties agree that the issue of whether this case is properly before this Court should be resolved before Defendants' Motion to Dismiss is briefed and decided. As such, the Parties respectfully request the Court to continue the hearing on Defendants' Motion Dismiss to February 27, 2017 at 8:30 a.m., or the first date after that on which the Court is available.

**It is so stipulated.**

| Date: December 26, 2016 | Date: December 26, 2016 |
|---|---|
| SEYFARTH SHAW LLP<br>Joshua A. Rodine<br>Bethany A. Vasquez<br><br>By: *S/Bethany A. Vasquez*<br>Counsel for Defendants Delaware North Companies, Inc., DNC Parks & Resorts at Yosemite, Inc., and Delaware North Companies Parks and Resorts, Inc. | ERIC RATINOFF LAW CORP.<br>Eric J. Ratinoff<br>Madison M. Simmons<br><br>LAW OFFICES OF RUSSELL G. PETTI<br>Russell G. Petti<br><br>By: *S/Russell G. Petti*<br>Counsel for Plaintiff Jennifer Kerr |

**ORDER**

BASED ON THE STIPULATION OF THE PARTIES and for Good Cause shown, the hearing date on Defendants Delaware North Companies, Inc., DNC Parks and Resorts at Yosemite, Inc., and Delaware North Companies Parks and Resorts, Inc.'s Motion to Dismiss, currently set for hearing on January 19, 2016 is continued until February 27, 2017 at 8:30 a.m.

IT IS SO ORDERED.

Dated: **December 29, 2016**       /s/ Lawrence J. O'Neill
                                    UNITED STATES CHIEF DISTRICT JUDGE

---

**STIPULATION TO CONTINUE HEARING DATE; ORDER**