ERIC J. RATINOFF, SBN 166204
eric@ericratinoff.com
MADISON M. SIMMONS, SBN 292185
msimmons@ericratinoff.com
**ERIC RATINOFF LAW CORP.**
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 970-9100
Facsimile: (916) 246-1696

RUSSELL G. PETTI, State Bar No. 137160
THE LAW OFFICES OF RUSSELL G. PETTI
466 Foothill Blvd., # 389
La Canada, California 91011
818 952-2168 Telephone
818 952-2186 Facsimile
Email: Rpetti@petti-legal.com

Attorneys for Plaintiff
Jennifer Kerr

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER KERR,<br><br>        Plaintiff,<br><br>    v.<br><br>DELAWARE NORTH COMPANIES, INC.; DNC PARKS AND RESORTS AT YOSEMITE, INC.; DELAWARE NORTH COMPANIES PARKS AND RESORTS, INC.; KATHY STEVENSON, KARL VONDERLUFT, NICKIE RAY JENSON, JESSIE MERRILL, and DOES 1 through 75, inclusive,<br><br>        Defendants, | CASE NO. 1:16-CV-01797-LJO-SAB<br><br>**SECOND STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS; ORDER**<br><br>Complaint Filed May 20, 2016<br>FAC Filed: October 25, 2016<br>Removed on: November 28, 2016 |

      Plaintiff Jennifer Kerr ("Ms. Kerr") and Defendants Delaware North Companies, Inc., DNC Parks and Resorts at Yosemite, Inc., and Delaware North Companies Parks and Resorts, Inc. ("Defendants"), by and through their respective counsel of record, hereby stipulate to the following:

      1.    Defendants have filed a Motion to Dismiss, which was originally set to be heard on January 19, 2017;

---

**SECOND STIPULATION TO CONTINUE HEARING DATE; ORDER**

2. Ms. Kerr disputed that Defendants' removal of this action to federal court was proper, and in order to resolve this jurisdictional issue prior to litigating the substance of this matter, the parties agreed to seek to continue the hearing on Defendants' Motion to Dismiss;

3. To that end, the Parties filed a stipulation asking that the hearing on the Motion to Dismiss be continued from January 19, 2017 to February 27, 2017, which was granted by the Court;

4. Ms. Kerr has since filed a motion to remand, which Defendants opposed. That issue is currently submitted to the Court for its determination;

5. In order to avoid having to litigate the issue of Defendants' motion to dismiss before this Court decides Ms. Kerr's remand motion, the Parties respectfully request a further continuance of the hearing on Defendants' motion to dismiss, to March 20, 2017 at 8:30 a.m., or the first date after that on which the Court is available.

**It is so stipulated.**

| Date: February 2, 2017 | Date: February 2, 2017 |
|---|---|
| SEYFARTH SHAW LLP<br>Joshua A. Rodine<br>Bethany A. Vasquez | ERIC RATINOFF LAW CORP.<br>Eric J. Ratinoff<br>Madison M. Simmons |
| | LAW OFFICES OF RUSSELL G. PETTI<br>Russell G. Petti |
| By:  S/*Bethany A. Vasquez*<br>Counsel for Defendants Delaware North Companies, Inc., DNC Parks & Resorts at Yosemite, Inc., and Delaware North Companies Parks and Resorts, Inc. | By:  S/*Russell G. Petti*<br>Counsel for Plaintiff Jennifer Kerr |

**ORDER**

BASED ON THE STIPULATION OF THE PARTIES and for Good Cause shown, the hearing date on Defendants Delaware North Companies, Inc., DNC Parks and Resorts at Yosemite, Inc., and Delaware North Companies Parks and Resorts, Inc.'s Motion to Dismiss, currently set for hearing on February 27, 2017 is continued until March 20, 2017 at 8:30 a.m.

IT IS SO ORDERED.

Dated:   **February 3, 2017**          /s/ Lawrence J. O'Neill
                                        UNITED STATES CHIEF DISTRICT JUDGE